```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
JOSHUA PAIGE,                           :     24cv3189(DLC)
                        Plaintiff,      :
                -v-                     :     ORDER
                                        :
GARVAN'S ROCK AND RYE, LLC, MAGGIE      :
MAE'S, LLC, and GARVAN MCCLOSKEY,       :
                        Defendants.     :
----------------------------------------X
```

DENISE COTE, District Judge:

Pursuant to the Court's record, the time for defendants Garvan's Rock and Rye, LLC, Maggie Mae's, LLC, and Garvan McCloskey to answer has passed. Accordingly, it is hereby

ORDERED that the plaintiff shall file a motion for default judgment against the defendants by **September 20, 2024**. Counsel shall review this Court's Individual Practices in Civil Cases regarding default judgment submissions.

IT IS FURTHER ORDERED that the plaintiff shall serve this Order and the motion for default judgment papers on the defendants and shall file proof of such service on ECF on or before **September 27, 2024**.

IT IS FURTHER ORDERED that a default judgment hearing will be held on **October 11, 2024** at **3:00 p.m.** in Courtroom 18B, 500 Pearl Street, New York, New York. Failure of the defendants to appear will result in entry of a default or a default judgment.

Dated:   New York, New York
         September 4, 2024

                                   _____
                                          DENISE COTE
                                   United States District Judge