```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
JOSHUA PAIGE,                         :    24cv3189(DLC)
                                      :
                     Plaintiff,       :       ORDER
          -v-                         :
                                      :
GARVAN'S ROCK AND RYE, LLC, MAGGIE    :
MAE'S, LLC, and GARVAN MCCLOSKEY,     :
                                      :
                     Defendants.      :
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

On September 4, 2024, this Court issued an Order instructing the plaintiff to file a motion for default judgment against the defendants. The defendants having filed a notice of appearance on September 13, 2024, it is hereby

ORDERED that the September 4, 2024 Order is vacated.

IT IS FURTHER ORDERED that the default judgment hearing scheduled for October 11, 2024 is cancelled.

Dated:   New York, New York
         September 17, 2024

                                      _____
                                           DENISE COTE
                                      United States District Judge