# Charny & Wheeler P.C.

Attorneys at Law

Nathaniel K. Charny (NY & NJ Bar)
ncharny@charnywheeler.com

Russell G. Wheeler
rwheeler@charnywheeler.com

H. Joseph Cronen
jcronen@charnywheeler.com

42 West Market Street
Rhinebeck, NY 12572
Tel: 845-876-7500
Fax: 845-876-7501

December 9, 2024

By ECF
Hon. Denise L. Cote, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

*[Handwritten note: The conference is moved to 10:00 am on December 13.
Denise Cote
12/10/24]*

Re:   Joshua Paige v. Garvan's Rock and Rye, LLC, et al.
      Civil Action No. 1:24-cv-3189 (DLC)

Dear Judge Cote:

We represent Plaintiff in this employment-discrimination matter. We write jointly with Defense Counsel to request that the Rule 16 conference in this matter (scheduled for December 13, 2024, at 2:30pm) either be held remotely or be adjourned.

We request this because Shabbos begins on December 13 in New York City at 4:11 PM. Plaintiff's counsel would be unable to make it home in time if the conference is held in person.

The parties note that they have filed a proposed case management plan and that there are no disputes regarding the plan that must be addressed at the initial pretrial conference.

We thank the Court for its time and attention.

Respectfully Submitted:

*/s/ H. Joseph Cronen*

H. Joseph Cronen

cc:   Robert F. Rich, Esq. (by ECF)