```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------ X
                                           :
JOSHUA PAIGE,                              :      24cv3189 (DLC)
                                           :
                        Plaintiff,         :         ORDER
                                           :
              -v-                          :
                                           :
GARVAN'S ROCK AND RYE, LLC, MAGGIE         :
MAE'S, LLC, and GARVAN MCCLOSKEY,          :
                                           :
                        Defendants.        :
                                           :
------------------------------------------ X
```

DENISE COTE, District Judge:

An Order of November 14, 2025 set a deadline of January 23, 2026 for the Joint Pretrial Order and placed this case on the February 2026 trial ready calendar. Accordingly, it is hereby

ORDERED that a final pretrial conference shall be held on **February 4, 2026** at **10:00 a.m.** in Courtroom 18B, 500 Pearl Street.

IT IS FURTHER ORDERED that trial will begin on **February 9, 2026** at **9:30 a.m.**

IT IS FURTHER ORDERED that the following procedures shall govern the conduct of the trial:

1.  All exhibits must be pre-marked, and to the extent possible, in digital format.

2.  At the start of the trial each party will send the following to the Court's Chambers email inbox, cotenysdchambers@nysd.uscourts.gov:

    (a) A complete exhibit list.

(b)  A set of pre-marked exhibits assembled sequentially in a digital folder and labeled with exhibit numbers for ready reference.

(c)  The exhibits should include copies of the sections of any depositions that are intended to be offered into evidence, expert reports, and any charts or summaries of evidence.

3.  Counsel should be available every day at 9:00 a.m. (except for the first day of trial) in order to discuss with the Court any legal or evidentiary issues expected to arise during the day.

4.  Testimony will generally be taken between 9:30 and 5:00 from Monday through Thursday.  There will be a mid-morning, a mid-afternoon and a lunch break from 12:45 p.m. to 2 p.m.

5.  There should be no sidebars during jury trials.  Counsel are expected to anticipate any problems that might require a ruling from the Court and to raise those issues with the Court in advance of the time that the jury will be hearing the evidence.

6.  If counsel intend to distribute copies of documentary exhibits to the jury, make a separate copy for each juror.

7.  Counsel should make certain that they have custody of all original exhibits.  The Court does not retain them and the Clerk is not responsible for them.

Dated:    New York, New York
          December 18, 2025

                              _____
                              DENISE COTE
                              United States District Judge

2