UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------ X
                                           :
JOSHUA PAIGE,                              :        24cv3189 (DLC)
                                           :
                        Plaintiff,         :           ORDER
                                           :
            -v-                            :
                                           :
GARVAN'S ROCK AND RYE, LLC, MAGGIE         :
MAE'S, LLC, and GARVAN MCCLOSKEY,          :
                                           :
                        Defendants.        :
                                           :
------------------------------------------ X

DENISE COTE, District Judge:

     Having received the Plaintiff's letter of December 23,

2025, it is hereby

     ORDERED that a telephone conference is scheduled for

**January 7, 2026 at 2:30 P.M.**  The parties shall use the

following dial-in credentials for the telephone conference:

          Dial-in:       1-855-244-8681
          Access Code:    2312 042 2648

The parties shall use a landline if one is available.

Dated:    New York, New York
          December 30, 2025

                              _____
                                        DENISE COTE
                              United States District Judge