UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------ X
                                           :
JOSHUA PAIGE,                              :
                                           :
                    Plaintiff,             :        24cv3189 (DLC)
                                           :
           -v-                             :        ORDER
                                           :
GARVAN'S ROCK AND RYE, LLC, MAGGIE         :
MAE'S LLC, and GARVAN MCCLOSKEY,           :
                                           :
                    Defendants.            :
                                           :
------------------------------------------ X

DENISE COTE, District Judge:

     On January 23, 2026, the parties filed a proposed joint

pretrial order -- including exhibit lists and objections --

ahead of the February 9 trial in this case.  It is hereby

     ORDERED that the parties bring copies of all exhibits to

which objections have been made to the Final Pretrial Conference

on February 4.

Dated:    New York, New York
          January 29, 2026


                              _____
                                    DENISE COTE
                              United States District Judge