UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------ X
                                           :
JOSHUA PAIGE,                              :      24cv3189 (DLC)
                                           :
                    Plaintiff,             :         ORDER
                                           :
          -v-                              :
                                           :
GARVAN'S ROCK AND RYE, LLC, MAGGIE         :
MAE'S, LLC, and GARVAN MCCLOSKEY,          :
                                           :
                    Defendants.            :
                                           :
------------------------------------------ X

DENISE COTE, District Judge:

     On February 9, 2026, a jury trial in this case commenced.

While the jury was deliberating, the parties reached a

settlement agreement, the terms of which were stated on the

record.  Accordingly, it is hereby

     ORDERED that this case is dismissed.

Dated:    New York, New York
          February 11, 2026

                                   _____
                                          DENISE COTE
                                   United States District Judge